

| BOOKING NUMBER | BOARDING PASS | PAGE 1/3 |
|---|---|---|
| 330 835 2539 | Valid in both print and digital form | |

## Chicago - Memphis
### Sunday, Nov 30, 2025

**10:30 PM** — Chicago Bus Station
📍 630 W Harrison St, 60607 Chicago

🚌 Route US0125  Greyhound
Direction Memphis Bus Station

Operated by concession owner Greyhound Lines, Inc

**Dec 1**
**08:00 AM** — Memphis Bus Station

🚶 You have **1 Hrs. 5 Min.** for your transfer

⇢ Continued on next page



Adult  
Xavier Romero

Seat  
10C

👜 **1 × Carry-on bag(s)**  
25 lbs · 16.5×12×7 in

🧳 **1 × Stored bag(s)**  
50 lbs · 31.5×20×12 in

### Additional information

- Total price: **USD 406.93**
- Manage My Booking: shop.greyhound.com/rebooking
- Track your trip: greyhound.com/track/order/3308352539
- FAQ: greyhound.com/help-and-info

### Your checklist for your trip

☐ Arrive on time for boarding (usually 15 mins prior to departure)

☐ Double check dimensions and print baggage tag.
More information at: greyhound.com/travel-info/baggage

☐ Safety first! Fastening seatbelts is obligatory during the ride.

### Your departure station

**Chicago Bus Station**, 630 W Harrison St, 60607 Chicago
Terminal is on Howard St. between S. Desplaines St and S. Jefferson St.





EXHIBIT A

The Terms and Conditions of Purchase of FlixBus Inc apply to the booking of tickets. You can find them at: greyhound.com/terms-and-conditions-of-purchase. The Terms and Conditions of Travel of the respective carrier apply to carriage. These can be found at: greyhound.com/terms-and-conditions-of-travel. The operation is conducted in accordance with the permit/concession, the details of which are outlined on the invoice. Travelling with our buses is without regard to race, color, creed, religion, gender, national origin or physical ability.

**Greyhound**

BOOKING NUMBER
330 835 2539

BOARDING PASS
Valid in both print and digital form

# Memphis – Dallas
Sunday, Nov 30, 2025

**09:05 AM** — Memphis Bus Station
Dec 1     📍 3033 Airways Blvd, 38131 Memphis

> Route US0600  Greyhound
> Direction Dallas Bus Station

Operated by concession owner Greyhound Lines, Inc

Dec 1
**06:00 PM** — Dallas Bus Station

🏃 You have **30 Min.** for your transfer

⤳ Continued on next page



Adult
Xavier Romero

Seat
**12A**

**1 × Carry-on bag(s)**
25 lbs · 16.5×12×7 in

**1 × Stored bag(s)**
50 lbs · 31.5×20×12 in

## Additional information

- Total price: **USD 406.93**
- Manage My Booking: shop.greyhound.com/rebooking
- Track your trip: greyhound.com/track/order/3308352539
- FAQ: greyhound.com/help-and-info

## Your checklist for your trip

☐ Arrive on time for boarding (usually 15 mins prior to departure)

☐ Double check dimensions and print baggage tag.
More information at: greyhound.com/travel-info/baggage

☐ Safety first! Fastening seatbelts is obligatory during the ride.

### Your departure station

Memphis Bus Station, 3033 Airways Blvd, 38131 Memphis

The Terms and Conditions of Purchase of FlixBus Inc apply to the booking of tickets. You can find them at: greyhound.com/terms-and-conditions-of-purchase. The Terms and Conditions of Travel of the respective carrier apply to carriage. These can be found at: greyhound.com/terms-and-conditions-of-travel. The operation is conducted in accordance with the permit/concession, the details of which are outlined on the invoice. Travelling with our buses is without regard to race, color, creed, religion, gender, national origin or physical ability.

| Greyhound | BOOKING NUMBER 330 835 2539 | BOARDING PASS Valid in both print and digital form | PAGE 3/3 |

## Dallas - Laredo
### Sunday, Nov 30, 2025

**06:30 PM** — Dallas Bus Station
Dec 1 — 205 S Lamar St, 75202 Dallas

Route US1160   Greyhound
Direction Monterrey (Escobedo Greyhound)

Operated by concession owner Greyhound de México, S.A. de C.V.

**Dec 2**
**03:05 AM** — Laredo Bus Station
610 Salinas Ave, 78040 Laredo



Adult: Xavier Romero
Seat: 10C

1 × Carry-on bag(s) — 25 lbs · 16.5×12×7 in
1 × Stored bag(s) — 50 lbs · 31.5×20×12 in

### Additional information

- Total price: **USD 406.93**
- Manage My Booking: shop.greyhound.com/rebooking
- Track your trip: greyhound.com/track/order/3308352539
- FAQ: greyhound.com/help-and-info

### Your checklist for your trip

- [ ] Arrive on time for boarding (usually 15 mins prior to departure)
- [ ] Double check dimensions and print baggage tag. More information at: greyhound.com/travel-info/baggage
- [ ] Safety first! Fastening seatbelts is obligatory during the ride.

### Your departure station

**Dallas Bus Station**, 205 S Lamar St, 75202 Dallas



The Terms and Conditions of Purchase of FlixBus Inc apply to the booking of tickets. You can find them at: greyhound.com/terms-and-conditions-of-purchase. The Terms and Conditions of Travel of the respective carrier apply to carriage. These can be found at: greyhound.com/terms-and-conditions-of-travel. The operation is conducted in accordance with the permit/concession, the details of which are outlined on the invoice. Travelling with our buses is without regard to race, color, creed, religion, gender, national origin or physical ability.